# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE  JUDGE DANIEL R. DOMÍNGUEZ             Date: May 11, 2009

COURTROOM DEPUTY: Omar FLAQUER                   **CR. NO: 08-204 (DRD)**

COURT REPORTER: Donna W. DRATWA

COURT INTERPRETER: Moises HERNANDEZ

---

                                                 Attorneys:

UNITED STATES OF AMERICA            AUSA Jose CAPO & Myriam FERNANDEZ

vs.

[84] CHRISTOPHER FIGUEROA ORTIZ     Juan R. RODRIGUEZ LOPEZ

---

    The defendant is present in court, and is under custody of the U.S. Marshals.

CASE CALLED FOR CHANGE OF PLEA. The defendant is found competent to plea.  Straight Plea is made as to counts One (1) through Five (5), and Seven (7).

 X   Plea of not guilty withdrawn; plea of guilty entered as to count One (1) through Five (5), and Seven (7).

 X   **Sentence is set for September 21 & 22, 2009 at 9:00 a.m. before Judge Daniel R. Domínguez.**

The defendant is to remain under custody.

A written Presentence Report is ordered to be prepared by the United States Probation Office.

At sentencing, the defendant will be contesting the role, the participation of the offence, and the drug quantity.

                                                 S/ ***Omar Flaquer Mendoza***
                                                 Omar Flaquer Mendoza
                                                 Case Manager/Courtroom Deputy Clerk