## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**Plaintiff,**

    **v**                                                    **CASE NO. 08-204-84 (DRD)**

**CHRISTOPHER FIGUEROA-ORTIZ**
**Defendant.**

### INFORMATIVE MOTION NOTIFYING NEW VIOLATIONS OF RELEASE AND REQUESTING AN ARREST WARRANT

**COMES NOW, TAISA MOJICA, UNITED STATED PROBATION OFFICER OF THIS COURT,** to respectfully inform and request as follows:

On February 7, 2017, Mr. Figueroa-Ortiz commenced serving his term of supervised release which is due to expire on April 16, 2027. Since his release, Mr. Figueroa-Ortiz has incurred in the following violation:

1. **VIOLATION OF MANDATORY CONDITION NO. 1 – "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

On January 25, 2022, Mr. Figueroa-Ortiz was arrested and charged[1] for violations to Title 18 U.S.C. §§ 922(g)(1) and (o), that is, felon in possession of firearms and illegal possession of a machine gun, respectively. On January 26, 2022, initial appearance was held before United States Magistrate Judge Marshal D. Morgan. The Court ordered Mr. Figueroa-Ortiz to be temporarily detained pending further proceedings. Preliminary examination/detention hearing has been set for February 17, 2022.

---

[1] Cr. No. 22-092 (MDM)

**WHEREFORE**, in lieu of the above-mentioned supervised violation and unless ruled otherwise, it is respectfully requested that a warrant for arrest be issued so that Mr. Figueroa-Ortiz may be brought before this Court to show cause why his supervised release term should not be revoked.

In San Juan, Puerto Rico, this 31st day of January 2022.

Respectfully submitted,

LUIS O. ENCARNACIÓN, CHIEF
U.S. PROBATION OFFICER

*s/ Taisa Mojica*
TAISA MOJICA
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 225
San Juan, PR 00918
Tel. No. (787) 696-4682
taisa_mojica@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 31st day of January 2022.

*s/ Taisa Mojica*
TAISA MOJICA
U.S. Probation Officer